

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-15-00570-CV

Style:                   Rita Lemons

                         **v**. Betty J. Garmond, Mamie Bright, Justin Thomas, and Jacqueline R. Woodard

Date motion filed:       October 5, 2016

Type of motion:          Motion for an Extension

Party filing motion:     Appellant


Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
         Original due date:
         Number of previous extensions granted:              Current Due date:
         Date Requested:

Ordered that motion is:

        ☐       Granted

                If document is to be filed, document due:

                ☐       Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐       Denied

        ☑       **Dismissed**

        ☐       Other: _____

         Appellant's motion is dismissed as moot.


Judge's signature:    /s/ Justice Terry Jennings
                      ☑ Acting individually      ☐ Acting for the Court

Panel consists of    _____

Date:  October 18, 2016